UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JAMES MASON,

    Plaintiff,

vs.                                    CASE NO.:   5:15-CV-357-CAR

ACCOUNTS RECEIVABLE MANAGEMENT,
INC. and NORTHLAND GROUP, INC.,

    Defendants.
_____/

**DEFENDANT NORTHLAND GROUP, INC.'S NOTICE OF REMOVAL**

Defendant Northland Group, Inc. ("Northland") by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446 hereby files its Notice of Removal and in support thereof respectfully shows the Court as follows:

**Procedural Background**

1.    On August 5, 2015, Plaintiff filed a Complaint in the Magistrate Court of Houston County, Georgia ("State Court Civil Action") alleging that Northland violated the Fair Debt Collection Practices Act by misrepresenting the amount due on the account, trying to collect an amount not authorized by contract, not complying with statutory notice requirements, not validating the debt, providing false or misleading information related to payment plans, and misrepresenting the entity collecting the debt.  Plaintiff did not request a jury trial.

2.    Northland was served with Plaintiff's Complaint on August 17, 2015.  This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. § 1446(b).

**Grounds for Removal**

3. Plaintiff seeks damages against Northland for violation of the Fair Debt Collection Practices Act, a United States federal law codified at 15 U.S.C. § 1692, et seq. Therefore, the State Court Civil Action is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

4. Removal of the State Court Civil Action is proper pursuant to 28 U.S.C. § 1441(a) because this Court has original jurisdiction over the State Court Civil Action.

**Compliance With Procedural Requirements**

5. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed with this Court within thirty (30) days after Northland received a copy of Plaintiff's pleading setting forth the claims for relief upon which Plaintiff's action is based.

6. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court for the Middle District of Georgia, Macon Division because the county from which the State Court Civil Action is being removed lies within this jurisdiction.

7. Promptly after filing this Notice of Removal, Northland will give written notice of the removal to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Magistrate Court of Houston County, Georgia, as required by 28 U.S.C. § 1446(d).

8. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served upon Northland in the State Court Civil Action are attached hereto as Exhibit A.

WHEREFORE, Defendant Northland Group, Inc. respectfully prays that the State Court Civil Action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

Respectfully submitted this 16th day of September, 2015.

/s/ April Freeman
Stephen P. Drobny
Georgia Bar No.: 430447
April Freeman
Georgia Bar No.: 517093

Attorneys for Defendant
Northland Group, Inc.

**JONES WALKER LLP**
1360 Peachtree Street NE
Suite 1030
Atlanta, GA 30309
(404) 870-7500 – Telephone
(404) 870-7501 – Facsimile
sdrobny@joneswalker.com
afreeman@joneswalker.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2015, I electronically filed **Defendant Northland Group, Inc.'s Notice of Removal** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

>Clifford Carlson, Esq.
>Cliff Carlson Law, P.C.
>4501 Russell Parkway, Suite 24
>Warner Robins, GA 31088

I hereby certify that I mailed by United States Postal Service the document to the following non-CM/ECF participants:

>Accounts Receivable Management, Inc.
>   by and through its Registered Agent,
>CT Corporation System
>1201 Peachtree Street NE
>Atlanta, GA 30361

>s/ April Freeman
>April Freeman

{AT008293.1}